## QUIGGLE v. PROUTY.

### S. F. No. 105; July 16, 1896.

#### 45 Pac. 676.

**Real Estate Broker—Commissions—Contract.**—A real estate broker who makes a contract with a property owner can recover commissions only in accordance with such contract.

APPEAL from Superior Court, City and County of San Francisco; John Hunt, Judge.

Action by Charles Quiggle against Simon Prouty. Judgment for defendant and plaintiff appeals. Affirmed.

Johnson & Johnson for appellant; Albert M. Johnson for respondent.

TEMPLE, J.—The only question involved in this appeal is whether plaintiff is entitled to recover commissions for the sale of a lot at Sacramento. Defendant placed with plaintiff, as broker, a certain lot for sale, to remain in his hands for one year, with the condition that ''if a sale of said property shall be negotiated during that time by the said Chas. Quiggle, directly or indirectly, for the amount stipulated, or any less amount which I may accept, . . . . I promise to pay the said Chas. Quiggle a commission of five per cent on the amount of said sale.'' A broker's contract, like any other, is governed by its terms. There is no evidence showing, or tending to show, that plaintiff negotiated a sale of the property placed in his hands. The judgment is affirmed.

We concur: McFarland, J.; Henshaw, J.